```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

MAURICE D. WEST                                                PETITIONER

      v.           Civil No. 11-5240

RAY HOBBS                                                      RESPONDENT

**ORDER**

Now on this 7th day of December, 2011, comes on for consideration the **Report And Recommendation** (document #4) of the Magistrate Judge, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation** (document #4) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the instant motion, filed under 28 U.S.C. § 2254, is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE