```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

MAURICE D. WEST                                              PETITIONER

       v.              Civil No. 11-5240

RAY HOBBS                                                    RESPONDENT

### ORDER

Now on this 7th day of December, 2011, comes on for consideration the **Report And Recommendation** (document #4) of the Magistrate Judge, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation** (document #4) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the instant motion, filed under 28 U.S.C. § 2254, is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE